UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 3:23-cr- 12-RLY-MJD |
| v. | ) | |
| | ) | |
| JEREMIAL LEACH, | ) | **FILED** |
| | ) | |
| | ) | |
| Defendant. | ) | MAY 18 2023 |
| | ) | U.S. DISTRICT COURT EVANSVILLE, INDIANA |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
21 U.S.C. § 841(a)(1)
Distribution of Fentanyl Resulting in Death

On or about June 24, 2022, in the Southern District of Indiana, JEREMIAL LEACH, the defendant herein, did knowingly distribute a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide, a Schedule II Narcotic Controlled Substance, and death to E.D., a person known to the Grand Jury, resulted from the use of that controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
21 U.S.C. § 841(a)(1)
Distribution of Fentanyl

On or about October 11, 2022, in the Southern District of Indiana, JEREMIAL LEACH, the defendant herein, did knowingly distribute a mixture or substance containing a detectable

[1]

amount of fentanyl, N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, a Schedule II

Narcotic Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 3
21 U.S.C. § 841(a)(1)
Distribution of Fentanyl

On or about October 11, 2022, in the Southern District of Indiana, JEREMIAL LEACH,

the defendant herein, did knowingly distribute a mixture or substance containing a detectable

amount of fentanyl, N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, a Schedule II

Narcotic Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 4
21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute Fentanyl

On or about October 11, 2022, in the Southern District of Indiana, JEREMIAL LEACH,

the defendant herein, did knowingly possess with the intent to distribute a mixture or substance

containing a detectable amount of fentanyl, N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ]

propenamide, a Schedule II Narcotic Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**FORFEITURE**

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby

gives the defendant notice that the United States will seek forfeiture of property, criminally and/or

civilly, pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States

Code, Section 2461(c), as part of any sentence imposed.

[2]

2.      Pursuant to Title 21, United States Code, Section 853, if convicted of the offense set forth in Count 1 and/or Count 2 and/or Count 3 and/or Count 4 of this Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

3.      The property subject to forfeiture includes, but is not necessarily limited to, the following:

      a.  $1,843.00 in United States currency;

      b.  one Glock 19 9mm pistol, bearing serial number ABPU807;

      c.  one Diamondback DB9 9mm pistol, bearing serial number YL1518; and

      d.  all ammunition recovered with the firearms.

4.  The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty.

A TRUE BILL:

████████████████████

~~FOREPERSON~~

ZACHARY A. MYERS
United States Attorney

By: _____

Kristian R. Mukoski
Assistant United States Attorney

*TSS*

[4]